UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY (JOSHUA) REZA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01673-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>**THIRTY (30) DAY DEADLINE** |

    On November 24, 2020, Plaintiff Honey (Joshua) Reza ("Plaintiff"), proceeding through counsel, filed the complaint in this action. (Doc. No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2). However, Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. According to the application, Plaintiff states that he has received money in the past twelve months from "any other sources". (Doc. No. 2 at 1.) However, Plaintiff fails to explain each source of money, how much he has received, and if he expects to receive additional money. (*Id.*)

    Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

    Based upon the foregoing, it is HEREBY ORDERED that:

    1.    The Clerk of the Court is directed to forward an Application to Proceed in District

1

1  Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2       2    Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

       3.    If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

   Dated:   **December 2, 2020**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE