UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY (JOSHUA) REZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01673-NONE-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. 20) |

　　　　On November 9, 2021, the parties filed a stipulation for a sixty-day extension of time from December 9, 2021, to February 7, 2022, for Plaintiff to file an Opening Brief. (Doc. 20.) Plaintiff's counsel explains that an extension of time is necessary due to the recent receipt of a greater number of answers and administrative records, each of which requires settlement negotiations or merit briefing. Plaintiff's counsel additionally explains that he has a greater number of merit briefs due in December 2021, along with multiple administrative hearings, and multiple merits briefs due in January 2022. Counsel also has planned vacation days for the upcoming holidays. (*Id.* at 2.)

　　　　Having considered the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file an Opening Brief is GRANTED. Plaintiff shall file an Opening

1

Brief on or before February 7, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __**November 12, 2021**__     /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE