UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY (JOSHUA) REZA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-1673 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 30) |

On August 1, 2021, Plaintiff and the Acting Commissioner of Social Security stipulated that Plaintiff be awarded attorney's fees and expenses in the amount of $7,223.57 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 30.)  Accordingly, the Court **ORDERS:**  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,223.57 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated:  **August 2, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).